AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**KAY A. KINGSLEY, et al.,**

      **Plaintiffs,**

**JUDGMENT IN A CIVIL CASE**

vs.

**CASE NO.  C2-09-1090**
**N. EUGENE BRUNDIGE, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
        **MAGISTRATE JUDGE TERENCE P. KEMP**

      **Defendants.**

☐   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

    **Pursuant to the Opinion and Order filed March 18, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: March 18, 2011                    JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk